FILED

DEC 3 0 2020

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
## AT  Chattanooga

James Edward Ross      )

General Delivery      )

     )

Chattanooga, TN 37401      )

Name of plaintiff (s)      )

     )

v.      )

     )

McDonalds Corp.      )

     )

A.M.F. O'Hare. Airport 9104260      )

     )

P.O. Box 182571  CO, OH      )

Name of defendant (s)      )

Case No. 1:20-cv-361 Judges Varlan/Lee

(to be assigned by Clerk)

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Employment discrimination: Racial is a protected status, gender, social class - research is restricted due to our stance on Covid, in the state.

2. Plaintiff, has no residence, and will resides at address the court and the, defendant by mail.

street address          city

_____, _____, _____, _____.

county      state      zip code      telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

_____

_____

1

3. Defendant, McDonalds Corperation lives at, or its business is located at

AMF O'Hare Airport #4104426 , Columbus ,
street address                                          city

P.O.Box 182071 , Ohio , .
county                          state              zip code

(if more than one defendant, provide the same information for each defendant below)
(Zip code is forth comming)

_____

_____

_____

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

On 12·30·20 , the representative of the company refused to give me her name. She stated that I made her uncomfortable to speak to her when it was dark. A man was also with her, whom was an employee. Once inside, she stated that she would never work with me. She greeted me with fear and caution, stating that would I feel the same way, if I were to see some one like me. As if I were a criminal about to rob them and she was in need of police protection.

2

Case 1:20-cv-00361-TAV-SKL    Document 1    Filed 12/30/20    Page 2 of 3    PageID #: 2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a. The plaintiff seeks seventy-five thousand dollars in relief.

b. As well as for the company to establish a few jobs for the homeless at each of it's stores.

c. 

d. 

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this ___ 30th ___ day of ___ December ___, 20 20 .

_____
Signature of plaintiff (s)

3