UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| JAMES EDWARD ROSS, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | No. 1:20-cv-00361-TAV-SKL |
| MCDONALDS CORP., | ) ) ) | |
| *Defendant*. | ) | |

## REPORT & RECOMMENDATION

This case was filed pro se and without payment of filing fees by Plaintiff James Edward Ross ("Plaintiff"). Plaintiff initiated this case on December 30, 2020, by filing a complaint [Doc. 1] and a motion/application ("Application") for leave to proceed *in forma pauperis* ("IFP") [Doc. 2].

On January 6, 2021, the Court entered an Order outlining various deficiencies in Plaintiff's complaint and requiring Plaintiff to file an amended complaint by no later than February 12, 2021. Plaintiff was specifically warned that any failure to file an amended complaint that states a claim would result in dismissal of this action [Doc. 7].[1] Plaintiff did not file an amended complaint or otherwise communicated with the Court.

Accordingly, I **RECOMMEND** [2] that this action be **DISMISSED WITHOUT**

---

[1] On February 16, 2021, a docket notation [Doc. 8] was made that mail sent to Plaintiff on December 30, 2020 at the address listed for Plaintiff on the docket (i.e., general delivery since Plaintiff has no residence [Doc. 1 at Page ID # 1] was returned as undeliverable. The envelope has a notation dated February 13, 2021 by the U.S. Postal Service that the mail was unclaimed and unable to be forwarded.

[2] Any objections to this report and recommendation must be served and filed within fourteen (14) days after service of a copy of this recommended disposition on the objecting party. Such objections must conform to the requirements of Rule 72(b) of the Federal Rules of Civil Procedure.

**PREJUDICE**, that Plaintiff's IFP Application [Doc. 2] be **DENIED AS MOOT,** and that this case be **CLOSED**.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

---

Failure to file objections within the time specified waives the right to appeal the district court's order. *Thomas v. Arn*, 474 U.S. 140, 149 n.7 (1985). The district court need not provide *de novo* review where objections to this report and recommendation are frivolous, conclusive and general. *Mira v. Marshall*, 806 F.2d 636, 637 (6th Cir. 1986). Only specific objections are reserved for appellate review. *Smith v. Detroit Fed'n of Teachers*, 829 F.2d 1370, 1373 (6th Cir. 1987).